IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RAZELL JERRY SPIRES,

    Plaintiff,

vs.

Dr. LOUIS BURGOS; TOM T. ELLIS; Dr. BOBBY NORTH; Warden HOBBS; ROBERT McFADDEN; JEFFERY DUNCAN; BOP DIRECTOR, and DEPARTMENT OF JUSTICE,

    Defendants.

CIVIL ACTION NO.: CVCV205-209

## ORDER

Plaintiff has filed a motion asking the Court to issue subpoenas for witnesses to appear at the trial of this case. Plaintiff's motion is **DISMISSED** as it is premature.

SO ORDERED, this 15th day of November, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)