IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV 16  A 10: 53

CLERK
SO. DIST. OF GA.

RAZELL JERRY SPIRES,

    Plaintiff,

vs.

Dr. LOUIS BURGOS; TOM T. ELLIS; Dr. BOBBY NORTH; Warden HOBBS; ROBERT McFADDEN; JEFFERY DUNCAN; BOP DIRECTOR, and DEPARTMENT OF JUSTICE,

    Defendants.

CIVIL ACTION NO.: CVCV205-209

## ORDER

Plaintiff has moved this Court to issue an Injunction in his civil action, requesting that the Court issue an Order prohibiting Defendants from causing Plaintiff "future harm to his health, body, and injuries." In the absence of a showing of an exceptional circumstance wherein there is the possibility of irreparable injury, the Court is not inclined at this juncture to issue an injunction. Plaintiff has made no such showing of the likelihood of irreparable injury so as to suggest the necessity for the entry of an injunction at this time. Plaintiff's Motion for issuance of an Injunction is hereby **DENIED**.

**SO ORDERED**, this 16th day of November, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)