IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RAZELL JERRY SPIRES,

    Plaintiff,

vs.

Dr. LOUIS BURGOS; TOM T.
ELLIS; Dr. BOBBY NORTH; Warden
HOBBS; ROBERT McFADDEN,
and JEFFERY DUNCAN,

    Defendants.

CIVIL ACTION NO.: CVCV205-209

## ORDER

Plaintiff has filed a pleading titled "Writ of Habeas Corpus Petitioning the Court to Reconsider Dismissing Plaintiff's Civil Action. . .." Plaintiff asserts that this case was dismissed for non-payment of the filing fee. The Clerk's record shows that the $250.00 filing fee was paid in this case and this case has not been dismissed. Plaintiff's motion for reconsideration is **dismissed** as moot.

SO ORDERED, this 6th day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)