IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RAZELL JERRY SPIRES,

    Plaintiff,

vs.

Dr. LOUIS BURGOS; TOM T. ELLIS; Dr. BOBBY NORTH; Warden HOBBS; ROBERT McFADDEN, and JEFFERY DUNCAN,

    Defendants.

CIVIL ACTION NO.: CV205-209
CV205-216
CV205-227

## ORDER

In a letter dated March 24, 2006, Plaintiff has advised the Court that it was his intent for the exhibits attached to the complaints filed in Civil Actions Numbered CV205-216 and CV205-227 to be filed in Civil Action Number 205-209. The Clerk is authorized and directed to remove the exhibits from CV205-216 and CV205-227 and file them in CV205-209 along with the original complaint.

**SO ORDERED**, this 3 day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)